UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Julian Reyes | § | |
| | § | CIVIL NO: |
| vs. | § | AU:21-CV-00992-RP |
| | § | |
| City of Austin, Inc. | § | |

## ORDER RESETTING BENCH TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, January 13, 2025 at 09:30 AM**.

    IT IS SO ORDERED this 26th day of November, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE