**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JULIAN REYES** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-cv-0992-RP |
| | § | |
| **CITY OF AUSTIN** | § | |
| Defendant. | § | |

**DEFENDANT'S PRE-TRIAL SUBMISSIONS**

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

Defendant City of Austin files these pre-trial documents pursuant to Local Rule CV-16(e) and the scheduling order in this case:

    I.    Joint Stipulation of Facts

    II.    Defendants' Exhibit List

    III.    Witness List

    IV.    Defendants' Proposed Findings of Fact and Conclusions of Law

    V.    Estimated Length of Trial

**I.    Joint Stipulation of Facts**

None at this time. The parties will continue to evaluate potential stipulations and will supplement the pre-trial submissions accordingly.

**II.    Defendant's Exhibit List**

    A.    <u>Expected Exhibits</u>

| NO. | DESCRIPTION | OFFERED (Y/N) | OBJECTION (Y/N) | ADMITTED (Y/N) |
|---|---|---|---|---|
| D-1. | COA 0001-0021- GO 19-3090412 | | | |
| D-2. | COA 3148-3150 IA 2020-0154 | | | |
| D-3. | COA 9332-9342 APD Retention Schedule | | | |

| NO. | DESCRIPTION | OFFERED (Y/N) | OBJECTION (Y/N) | ADMITTED (Y/N) |
|---|---|---|---|---|
| D-4. | COA 0058-0059 - Arrest Affidavit 19-3090412 | | | |
| D-5. | Affidavit of Richard Jennings – APD Internal Affairs | | | |
| D-6. | COA 0049-0054 - CAD 21-2970640 | | | |
| D-7. | COA 0022-0042 - GO 21-2970640 | | | |
| D-8. | GO 21-2970640 – Spitler BWC 21-2970640 | | | |
| D-9. | COA 2828-2830 - Arrest Affidavit 21-2970640 | | | |
| D-10. | COA 3200-3201- IA 2021-1084 | | | |
| D-11. | COA 3202-3204 – IA 2021-1095 | | | |
| D-12. | Affidavit of Ashley Edwards – APD Training Division | | | |
| D-13. | COA 3049-3052- SW Affidavit 21-2970640 | | | |
| D-14. | COA 2387-2408 - GO 20-0340571 | | | |
| D-15. | COA 6553 200330774 McCameron BWC | | | |
| D-16. | COA 3037(C) 200710611 Visi BWC | | | |
| D-17. | COA 3163-3165 – IA 2020-1164 | | | |
| D-18. | COA 3138-3141 – IA 2020-0135 | | | |
| D-19. | COA 2409-2420 GO 20-380587 | | | |
| D-20. | COA 3036(A) 200380587 Holland BWC | | | |
| D-21. | COA 3144-3147- IA 2020-0153 | | | |
| D-22. | COA 2430-2458 - GO 20-1711715 | | | |
| D-23. | COA 3038(B) Larned BWC 20-1711715 | | | |
| D-24. | COA 3237-3240 – IA 2022-1047 | | | |
| D-25. | COA 2656-2671  GO 22-2350929 | | | |
| D-26. | COA 3041(A) Ramos BWC 22-2350929 | | | |
| D-27. | COA 3229-3230 – IA COA 3229-3230 | | | |
| D-28. | COA 2718-2733 GO 23-70037 | | | |
| D-29. | COA 3045 (A) Pierron BWC 23-70037 | | | |
| D-30. | COA 3045 (B) Pierron BWC 23-70037 | | | |
| D-31. | COA 9848-9849- IA 2023-0222 | | | |
| D-32. | COA 6066 (K) Tuminelli BWC 23-1651442 | | | |
| D-33. | COA 6029-6065 GO 23-1651442 | | | |
| D-34. | COA 6066 (T) Smart BWC 23-1651442 | | | |

| NO. | DESCRIPTION | OFFERED (Y/N) | OBJECTION (Y/N) | ADMITTED (Y/N) |
|---|---|---|---|---|
| D-35. | COA 9467-9478 GO 23-3570148 | | | |
| D-36. | COA 9467-9478 Yarger BWC 23-3570148 | | | |
| D-37. | COA 9479-9507 GO 24-681181 | | | |
| D-38. | COA 9878 Juusola BWC 24681181 | | | |
| D-39. | Affidavit of Daniel Ellis Affidavit – OPO Complaint Supervisor | | | |
| D-40. | Declaration of Robin Henderson – APD Interim Chief of Police | | | |
| D-41. | Turner v. Driver Training Bulletin | | | |
| D-42. | Plaintiff's Responses to Interrogatories | | | |
| D-43. | COA 3231-3233 IA 2022-1044 | | | |
| D-44. | Affidavit of Renee Moore – APD Records Custodian | | | |
| D-45. | COA 1782-1798 GO Report 2014-1530165 | | | |
| D-46. | GO Report Narratives (Not arrested) (Ex 2 Doc 50) | | | |
| D-47. | COA 2196-2213 GO Report 19-41140 | | | |
| D-48. | Affidavit of Brandon Gilstrap | | | |
| D-49. | COA 0972-0974 APD GO 302 | | | |

## III.   Defendant's Witness List

The witnesses listed below have previously been identified to all parties.

A.   May call:

- Eric Miesse, Assistant Chief, Austin Police Department
- Det. Gadiel Alas, Austin Police Department
- Patrick Walsh,
- Det. Travis Larned, Austin Police Department
- Det. Richard Spitler, Austin Police Department
- Lt. Christopher Juusola, Austin Police Department
- Det. Daniel McCameron, Austin Police Department
- Joshua Visi,
- Officer Lewis Holland, Austin Police Department
- Officer Jay Ramos, Austin Police Department
- Officer Jackson Pierron, Austin Police Department
- Det. Thomas Tuminelli, Austin Police Department
- Officer Gavin Smart, Austin Police Department
- Sgt. Brian Yarger, Austin Police Department

- Defendant may call any and all witnesses identified by Plaintiff.

**IV.    Defendant's Proposed Findings of Fact and Conclusions of Law**

Attached as Exhibit A.

**V.    Estimated Length of Trial**

Defendant estimates that the trial of this case will require two days.

RESPECTFULLY SUBMITTED,

DEBORAH THOMAS, INTERIM CITY ATTORNEY
MEGHAN L. RILEY, LITIGATION DIVISION CHIEF

/s/   H. Gray Laird III
H. GRAY LAIRD III
State Bar No. 24087054
City of Austin
P. O. Box 1546
Austin, Texas  78767-1546
gray.laird@austintexas.gov
Telephone (512) 974-1342
Facsimile (512) 974-1311

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing on all parties or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this the 5th day of December, 2024.

/s/   H. Gray Laird III
H. GRAY LAIRD III