IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JULIAN REYES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 1:21-CV-992-RP |
| § | |
| CITY OF AUSTIN, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

On this day, the Court issued its Findings of Fact and Conclusions of Law following a bench trial. Accordingly, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of the plaintiff, Julian Reyes.

**IT IS FURTHER ORDERED** that within 60 days of the entry of final judgment, Defendant the City of Austin shall pay liquidated damages in the amount of $1,000 to Reyes, pursuant to 42 U.S.C. § 2000aa-6(f).

**IT IS FURTHER ORDERED** that all other relief not specifically granted is denied and that this case is **CLOSED**.

**IT IS FINALLY ORDERED** that Reyes shall file a motion for reasonable attorneys' fees and a bill of costs, with supporting documentation, no later than fourteen days after the entry of final judgment, pursuant to Local Rules CV-7 and CV-54.

**SIGNED** on June 6, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE