# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2025
Lyle W. Cayce
Clerk

No. 25-50550

───────────

Julian Reyes,

    *Plaintiff—Appellant*,

versus

City of Austin, Incorporated,

    *Defendant—Appellee.*

───────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-992

───────────

CLERK'S OFFICE:

    Under Fed. R. App. P.42(b), the appeal is dismissed as of November 10, 2025, pursuant to appellant's motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              /s/ Lisa E. Ferrara
                              By: _____
                              Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT